1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail steven.rosales@rohlfinglaw.com
5
   Attorneys for Plaintiff  JOESHANA CARD
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10
   JOESHANA CARD,                  ) Case No.:  CV 15-5201 MEJ
11                                 )
           Plaintiff,              ) STIPULATION TO EXTEND
12                                 ) BRIEFING SCHEDULE
       vs.                         )
13                                 )
   CAROLYN COLVIN, Acting          )
14                                 )
   Commissioner of Social Security,)
15                                 )
           Defendant               )
16 _____)

17
           TO THE HONORABLE MARIA ELENA JAMES, MAGISTRATE JUDGE
18
   OF THE DISTRICT COURT:
19
           Plaintiff Joeshana Card ("Plaintiff") and defendant Carolyn Colvin, Acting
20
   Commissioner of Social Security ("Defendant"), through their undersigned counsel
21
   of record, hereby stipulate, subject to the approval of the Court, to extend the time
22
   for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to May 9,
23
   2016; and that Defendant shall have until June 6, 2016, to file his opposition, if any
24
   is forthcoming.  Any reply by plaintiff will be due June 20, 2015.
25

26

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: March 24, 2016        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  March 24, 2016        BRIAN J. STRETCH
United States Attorney


*/S/- Henry Chi

_____
Henry Chi
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including May 9, 2016, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to June 6, 2016 to file his opposition, if any is forthcoming. Any reply by plaintiff will be due June 20, 2016.

IT IS SO ORDERED.

DATE: March 28, 2016

_____
THE HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE