Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  JOESHANA CARD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOESHANA CARD, | Case No.:  CV 15-5201 MEJ |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE MARIA ELENA JAMES, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Joeshana Card ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to July 1, 2016; and that Defendant shall have until August 1, 2016, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due August 15, 2015.

Despite Counsel for plaintiff anticipating the prior request for an extension to be his last, Counsel requires more time as a result of the impact of unanticipated medical procedures to treat his spouses' terminal illness, including the unfortunate news on June 2, 2016 of a second independent cancer diagnosis of multiple myeloma in addition to the existing stage 4 breast cancer.  Counsel for plaintiff does not anticipate this extraordinary request for more time to become the rule and recognizes it is the exception and sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: June 22, 2016          Respectfully submitted,

                             LAW OFFICES OF LAWRENCE D. ROHLFING

                                /s/ *Steven G. Rosales*
                             BY: _____
                             Steven G. Rosales
                             Attorney for plaintiff

DATED:  June 22, 2016        BRIAN J. STRETCH
                             United States Attorney



                             */S/- Henry Chi

                             _____
                             Henry Chi
                             Special Assistant United States Attorney
                             Attorney for Defendant
                             [*Via email authorization]

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including July 1, 2016, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to August 1, 2016
4  to file her opposition, if any is forthcoming. Any reply by plaintiff will be due
5  August 15, 2016.
6  IT IS SO ORDERED.
7  DATE:  June 28, 2016

_____
THE HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE