ALEX G. TSE (CABN 152348)
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
HENRY L. CHI, CSBN 265009
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, CA 94105
  Telephone: 415-977-8953
  Facsimile: 415-744-0134
  E-Mail: henry.chi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| JOESHANA TAMIKA CARD,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 3:15-cv-05201-MEJ<br><br>[PROPOSED] JUDGMENT FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

The Court having approved the parties' Stipulation and [Proposed] Order for Voluntary Remand (Stipulation) lodged concurrent with the lodging of the within Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

DATE: June 11, 2018

_____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE